


Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print      GrantedPublicAccess  Logoff JAMIE_BOYER

**1522-CC00974 - ANTHONY L JACKSON V TRACY ROBERTSON ET AL (E-CASE)**

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**  Click here to Respond to Selected Documents  Sort Date Entries: ● Descending  ○ Ascending    Display Options: All Entries

| Date | | Docket Entry |
|---|---|---|
| 08/03/2015 | ☐ | **Corporation Served** |
| | | Document ID - 15-SMCC-16009; Served To - LIFE INSURANCE COMPANY OF NORTH AMERICA; Server - ; Served Date - 20-JUL-15; Served Time - 00:00:00; Service Type - Other; Reason Description - Served |
| 07/21/2015 | ☐ | **Request Filed** |
| | | Request to Continue.<br>    **Filed By:** ALLEN H SURINSKY<br>    **On Behalf Of:** ANTHONY L JACKSON |
| 07/20/2015 | ☐ | **Request Filed** |
| | | Request to Continue.<br>    **Filed By:** ALLEN H SURINSKY<br>    **On Behalf Of:** ANTHONY L JACKSON |
| 07/13/2015 | ☐ | **Summons Issued-Circuit** |
| | | Document ID: 15-SMCC-16009, for LIFE INSURANCE COMPANY OF NORTH AMERICA. |
| 07/02/2015 | ☐ | **Proposed Order Filed** |
| | | Default and Inquiry; Notice.<br>    **Filed By:** ALLEN H SURINSKY<br>    **On Behalf Of:** ANTHONY L JACKSON |
| | ☐ | **Request for Alias Summons** |
| | | **Filed By:** ALLEN H SURINSKY |
| | ☐ | **Amended Motion/Petition Filed** |
| | | First Amended Petition for Benefits; Request for Alias Summons.<br>    **Filed By:** ALLEN H SURINSKY<br>    **On Behalf Of:** ANTHONY L JACKSON |
| 05/21/2015 | ☐ | **Agent Served** |
| | | Document ID - 15-SMCC-4415; Served To - CIGNA; Server - ; Served Date - 21-MAY-15; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served |
| 05/14/2015 | ☐ | **Summons Personally Served** |
| | | Document ID - 15-SMCC-4414; Served To - ROBERTSON, TRACY; Server - R PHILLIPS, SERVICE DEPUTY; Served Date - 14-MAY-15; Served Time - 09:49:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED @ 7600 HALL ST |
| 05/13/2015 | ☐ | **Jury Trial Scheduled** |
| | |    **Scheduled For:** 11/30/2015;  9:00 AM ;  BRYAN L HETTENBACH;  City of St. Louis |
| 05/05/2015 | ☐ | **Summons Issued-Circuit** |
| | | Document ID: 15-SMCC-4415, for CIGNA. |

EXHIBIT A

|   | **Summons Issued-Circuit** |
|---|---|
|   | Document ID: 15-SMCC-4414, for ROBERTSON, TRACY. |
|   | **Filing Info Sheet eFiling** |
|   | **Filed By:** ALLEN H SURINSKY |
|   | **Note to Clerk eFiling** |
|   | **Filed By:** ALLEN H SURINSKY |
|   | **Pet Filed in Circuit Ct** |
|   | Petition 5-4-15. |
|   | **Filed By:** ALLEN H SURINSKY |
|   | **On Behalf Of:** ANTHONY L JACKSON |
|   | **Judge Assigned** |

Case.net Version 5.13.7.1            Return to Top of Page            Released 06/24/2015

**1522-CC00974**

Electronically Filed - City of St. Louis - May 05, 2015 - 11:17 AM

```
STATE OF MISSOURI        )
                         ) SS.
CITY OF ST. LOUIS        )
```

### IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
### STATE OF MISSOURI

```
ANTHONY JACKSON,                        )
                                        )
        Plaintiff,                      )
                                        ) Cause No.:
vs.                                     )
                                        ) Division
TRACY ROBERTSON,                        )
Serve: City Justice Center              )
       200 S. Tucker                    )
       St. Louis, MO 63102              )
                                        )
and                                     )
                                        )
CIGNA - Life and Accident Claims        )
Serve: John M. Huff, Director           )
       Department of Insurance,         )
       Financial Institutions           )
       & Professional Registration      )
       Truman State Office Building     )
       Room 530                         )
       301 West High Street             )
       Jefferson City, MO 65101         )
                                        )
        Defendants.                     )
```

## PETITION FOR BENEFITS

Comes now the Plaintiff, by his attorney, and for his Petition for Benefits, states as follows:

1. Plaintiff Anthony Jackson is an individual citizen and resident of the State of Missouri and the only heir of Lee Otis Jackson, deceased.

2. Defendant Tracy Robertson is an individual citizen and resident of the State of Missouri currently residing in the St. Louis City Jail.

3. That Lee Otis Jackson, now deceased, has a life insurance policy from CIGNA through Federal Express, his place of work, and made Defendant beneficiary of said policy.

4. That Defendant did, in fact, willfully and unlawfully stab Lee Otis Jackson in the neck on June 21, 2014 causing his death in the City of St. Louis.

5. That said Defendant is now being held for trial in the death of Lee Otis Jackson and is liable for his death.

6. That Defendant is responsible for the death of Lee Otis Jackson and should not be awarded the benefits from his life insurance policy and is disqualified from receiving the death benefits.

7. That Plaintiff is entitled to the insurance proceeds in the event Tracy Robertson is disqualified herewith.

8. That Plaintiff made a claim for the insurance benefit.

9. That Plaintiff has been denied payment of the insurance benefit due to the fact that Defendant Robertson is listed as the beneficiary of the policy.

10. That Lee Otis Jackson died as a result of being stabbed, willfully and unlawfully, in the neck by the Defendant eliminating her as a possible beneficiary of the policy and is charged criminally with causing his death.

11. That the deceased (insured) had no spouse.

12. That the policy provides that if the beneficiary is disqualified for any reason then any potential death benefits will be paid to the first surviving of the following living relatives: spouse, child or children, mother or father, brothers or sisters.

13. Since there is no spouse and there is only one child, the Plaintiff, Anthony Jackson, he is entitled to the proceeds.

WHEREFORE, Plaintiff Anthony Jackson respectfully requests that this Court find in his favor and find Defendant is disqualified from receiving the death benefit, and award Plaintiff the amount of benefits Defendant would have received from Lee Otis Jackson's life

Electronically Filed - City of St. Louis - May 05, 2015 - 11:17 AM

insurance with his employer, interest, attorney's fees, expenses and costs, and such further and additional relief as the Court deems appropriate and consistent with the interests of justice in excess of $25,000.00 and that said death benefit be awarded to the son of the deceased, Anthony Jackson, as there are no other heirs of the deceased.

Respectfully submitted,

/s/ ALLEN H. SURINSKY
ALLEN H. SURINSKY - #15457
225 South Meramec, Suite 401
Clayton, Missouri 63105
(314) 771-5900    Fax: (314) 721-5046
Attorney for Plaintiff



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1522-CC00974 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ANTHONY L JACKSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ALLEN H SURINSKY<br>SUITE 401<br>225 S. MERAMEC AVE.<br>CLAYTON, MO  631053511 | |
| Defendant/Respondent:<br>TRACY ROBERTSON | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: TRACY ROBERTSON
Alias: TRACY JEANNE ROBERTSON

200 SOUTH TUCKER
CITY JUSTICE CENTER
ST. LOUIS, MO  63102

**SHERIFF'S FEE PAID**

*COURT SEAL OF*



You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

MAY 5, 2015                    *Thomas Kloeppinger*

*CITY OF ST LOUIS*

Date                            Thomas Kloeppinger
                                Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                        Date                              Notary Public

**Sheriff's Fees, if applicable**
Summons     $ _____
Non Est     $ _____
Mileage     $ _____ ( ____ miles @ $ . ____ per mile)
Total       $ _____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division: BRYAN L HETTENBACH | Case Number: 1522-CC00974 |
|---|---|
| Plaintiff/Petitioner: ANTHONY L JACKSON vs. | Plaintiff's/Petitioner's Attorney/Address ALLEN H SURINSKY SUITE 401 225 S. MERAMEC AVE. CLAYTON, MO 631053511 |
| Defendant/Respondent: TRACY ROBERTSON | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 |
| Nature of Suit: CC Other Miscellaneous Actions | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: CIGNA
Alias: LIFE & ACCIDENT CLAIMS

301 W. HIGH STREET
ROOM 530
JEFFERSON CITY, MO 65101

Cole County Sheriff

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

MAY 5, 2015                               *Thomas Kloeppinger*

Date                                       Thomas Kloeppinger
                                           Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____               _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____
                        Date                Notary Public

**Sheriff's Fees, if applicable**
Summons    $_____
Non Est    $_____
Mileage    $_____ ( ____ miles @ $ . ____ per mile)
Total      $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



05/21/15

RECEIVED
MAY 11 2015
COLE COUNTY SHERIFF'S OFFICE

RECEIVED
MAY 20 2015
COLE COUNTY SHERIFF'S OFFICE

# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division: BRYAN L HETTENBACH | Case Number: 1522-CC00974 |
|---|---|
| Plaintiff/Petitioner: ANTHONY L JACKSON | Plaintiff's/Petitioner's Attorney/Address: ALLEN H SURINSKY, SUITE 401, 225 S. MERAMEC AVE., CLAYTON, MO 631053511 |
| vs. Defendant/Respondent: TRACY ROBERTSON | Court Address: CIVIL COURTS BUILDING, 10 N TUCKER BLVD, SAINT LOUIS, MO 63101 |
| Nature of Suit: CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: CIGNA
John M. Huff, Director
Alias: LIFE & ACCIDENT CLAIMS
301 W. HIGH STREET  DIFIPR
ROOM 530
JEFFERSON CITY, MO 65101

Cole County Sheriff

COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

MAY 5, 2015                                  Thomas Kloeppinger
Date                                          Thomas Kloeppinger
                                              Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____Km Conders_____ (name) _____Rayn_____ (title).
☐ other _____

Served at __301 W High__ (address)
in __Cole__ (County/City of St. Louis), MO, on __5/21/15__ (date) at __9:40 am__ (time).

__9:12 h/o__                                 __B. John Snell 81__
Printed Name of Sheriff or Server            Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                        Date                  Notary Public

### Sheriff's Fees, if applicable
Summons    $_____
Non Est    $_____
Mileage    $_____ ( ___ miles @ $ .___ per mile)
Total      $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document Id # 15-SMCC-4415    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

5/14



## JAMES W. MURPHY
**SHERIFF**
CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

Div 1

## Return of Service on Summons / Subpoena

Doc. ID Number  15-SMCC-4414

Case Number  1522-CC 00974


Anthony Jackson

I hereby certify that I served the within summons:

By delivering on the __14__ day of __MAY__, 20 __15__, at approximately 9:49 (**am**) pm, a copy of the petition to each of the within – named defendants:

__Tracy Robertson__
Defendant

__7600 S. ~~Eabie~~ Hall St__
Address

All done in the City of St. Louis, Missouri

**Executed:**   ☑ Summons        ☐ Subpoena

Personal: X_____    B/F38

Copy/Relationship: _____

On Behalf of: _____

Posted: _____

Non-Est Reason: _____

Fee: _____3¢_____     By: _____Kim Phillips_____ 210
James W. Murphy
Sheriff of the City of St. Louis
Deputy

315-168 (Rev 10/13)

30pm



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1522-CC00974 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ANTHONY L JACKSON | Plaintiff's/Petitioner's Attorney/Address<br>ALLEN H SURINSKY<br>SUITE 401<br>225 S. MERAMEC AVE.<br>CLAYTON, MO 631053511 | |
| vs. | | |
| Defendant/Respondent:<br>TRACY ROBERTSON | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: TRACY ROBERTSON
Alias: TRACY JEANNE ROBERTSON

200 SOUTH TUCKER
CITY JUSTICE CENTER
ST. LOUIS, MO 63102

**SHERIFF'S FEE PAID**



*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

MAY 5, 2015

Date

*Thomas Kloeppinger*

Thomas Kloeppinger
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____   _____
Printed Name of Sheriff or Server   Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____   _____
Date   Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( ____ miles @ $ . ____ per mile) |
| Total | $ _____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - July 02, 2015 - 04:33 PM

STATE OF MISSOURI        )
                         ) SS.
CITY OF ST. LOUIS        )

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

ANTHONY JACKSON,                )
                                )
       Plaintiff,               )
                                ) Cause No.: 1522-CC00974
vs.                             )
                                ) Division 1
TRACY ROBERTSON and             )
LIFE INSURANCE COMPANY OF       )
NORTH AMERICA                   )
                                )
       Defendants.              )

## FIRST AMENDED PETITION FOR BENEFITS

### COUNT I

Comes now plaintiff and for Count I of his petition against Defendant Tracy Robertson, states as follows:

1. Plaintiff Anthony Jackson is an individual citizen and resident of the State of Missouri and the only heir of Lee Otis Jackson, deceased.

2. Defendant Tracy Robertson is an individual citizen and a resident of the State of Missouri currently residing in the St. Louis City Jail.

3. That Lee Otis Jackson, now deceased, had a life insurance policy from CIGNA (Life Insurance Company of North America) through Federal Express, his place of employment, and made Defendant Robertson beneficiary of said policy.

4. That Defendant Robertson did, in fact, willfully and unlawfully stab Lee Otis Jackson and is liable for his death.

5. That Defendant Robertson is responsible for the death of Lee Otis Jackson and should

not be awarded the benefits from his life insurance policy and is disqualified from receiving the death benefits pursuant to §561.054(2) RSMo, which states, "A beneficiary who willfully and unlawfully causes or participates with another in causing the death of the owner, or the insured individual under a life insurance policy or certificate, is disqualified from receiving any benefit of a nonprobate transfer from the owner or any proceeds payable as a result of the death of an individual insured under a life insurance policy or certificate. The beneficiary designation shall be given effect as if the disqualified beneficiary had disclaimed it."

WHEREFORE, plaintiff prays for judgment under Count I of this petition in his favor and against Defendant Robertson, and further, that the Court find that Defendant Robertson is disqualified from receiving any death benefits arising from the death of Lee Otis Jackson, through the decedent's employer or any other source, and shall be considered as though Defendant Robertson had disclaimed it; for interest, attorney's fees, expenses and costs, and such other and further relief as the Court deems appropriate and consistent with the interests of justice in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,00000), and that said death benefit be awarded to plaintiff, the son of the decedent, as there are no other heirs.

### COUNT II

Comes now plaintiff and for Count II of his petition against Defendant Cigna, a/k/a Life Insurance Company of North America (hereinafter "Cigna'), and states to the Court as follows:

6. Plaintiff restates, repleads and incorporates by reference the allegations contained in paragraphs 1 through 5 of Count I of this petition.

7. That plaintiff, as the only son and heir of the decedent, Lee Otis Jackson, is entitled to the insurance proceeds in the event Tracy Robertson is disqualified herewith.

8. That plaintiff made a claim for the insurance benefit.

9. That plaintiff has been denied payment of the insurance benefit due to the fact that Defendant Robertson is listed as the beneficiary of the policy.

10. That the decedent, Lee Otis Jackson, died as a result of being stabbed, willfully and unlawfully, in the neck by the defendant, eliminating her as a possible beneficiary of the policy and she is charged criminally with causing his death.

11. That the deceased (insured) had no spouse.

12. That the policy provides that if the beneficiary is disqualified for any reason then any potential death benefits will be paid to the first surviving of the following living relatives: spouse, child or children, mother or father, brothers or sisters.

13. Since there is no spouse and there is only one child, the plaintiff, Anthony Jackson, he is entitled to the proceeds.

WHEREFORE, Plaintiff Anthony Jackson prays under Count II of his petition that this Court find in his favor and award him the amount of benefits Defendant Robertson would have received from Lee Otis Jackson's life insurance with his employer, plus interest, attorney's fees, expenses and costs, and such further and additional relief as the Court deems appropriate and consistent with the interests of justice in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), and that said death benefit be awarded to the son of the deceased, Anthony Jackson, as there are no other heirs of the deceased.

Respectfully submitted,

/s/ Allen H. Surinsky
ALLEN H. SURINSKY - #15457
225 South Meramec, Suite 401
Clayton, Missouri 63105
(314) 721-5900     Fax: (314) 721-5046
ahsurinsky@sbcglobal.net
Attorney for Plaintiff

Electronically Filed - City of St. Louis - July 02, 2015 - 04:33 PM

STATE OF MISSOURI )
) SS.
CITY OF ST. LOUIS )

### IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
### STATE OF MISSOURI

| | |
|---|---|
| ANTHONY JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 1522-CC00974 |
| vs. | ) |
| | ) Division 1 |
| TRACY ROBERTSON and | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA | ) |
| | ) |
| Defendants. | ) |

### REQUEST FOR ALIAS SUMMONS

Alias Summons requested to issue to Sheriff of Cole County, 350 East High Street, Jefferson City, Missouri 65101.

The new summons to be served on:

Life Insurance Company of North America
c/o Director, Missouri Division of Insurance
301 West High Street, Room 530
Jefferson City, Missouri  65101

/s/ Allen H. Surinsky
ALLEN H. SURINSKY - #15457
225 South Meramec, Suite 401
Clayton, Missouri  63105
(314) 721-5900    Fax:  (314) 721-5046
ahsurinsky@sbcglobal.net
Attorney for Plaintiff

STATE OF MISSOURI      )
                       ) SS.
CITY OF ST. LOUIS      )

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| ANTHONY JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 1522-CC00974 |
| vs. | ) |
| | ) Division 1 |
| TRACY ROBERTSON and | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA | ) |
| | ) |
| Defendants. | ) |

## DEFAULT AND INQUIRY

Default and inquiry granted against Defendant Tracy Robertson.

/s/ Allen H. Surinsky

ALLEN H. SURINSKY - #15457
225 South Meramec, Suite 401
Clayton, Missouri 63105
(314) 721-5900    Fax: (314) 721-5046
ahsurinsky@sbcglobal.net
Attorney for Plaintiff



## IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1522-CC00974 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ANTHONY L JACKSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ALLEN H SURINSKY<br>SUITE 401<br>225 S. MERAMEC AVE.<br>CLAYTON, MO 631053511 | |
| Defendant/Respondent:<br>TRACY ROBERTSON | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: LIFE INSURANCE COMPANY OF NORTH AMERICA
Alias:
DIRECTOR MISSOURI DIVISION OF  　　　　　　　　　　　　　COLE COUNTY, MO
INSURANCE 301 W HIGH ST RM 530
JEFFERSON CITY, MO 65101

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*Thomas Kloeppinger*

JULY 13, 2015
Date                                Thomas Kloeppinger
                                    Circuit Clerk

**CITY OF ST LOUIS**

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
　　　　　　　　　　　　　Date　　　　　　　　　　　　　Notary Public

**Sheriff's Fees, if applicable**
Summons     $ _____
Non Est     $ _____
Mileage     $ _____ ( ____ miles @ $ . ____ per mile)
Total       $ _____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - July 20, 2015 - 05:12 PM

STATE OF MISSOURI    )
                     ) SS.
CITY OF ST. LOUIS    )

### IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
### STATE OF MISSOURI

| | |
|---|---|
| ANTHONY JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 1522-CC00974 |
| vs. | ) |
| | ) Division 1 |
| TRACY ROBERTSON, et al., | ) |
| | ) |
| Defendants. | ) |

## REQUEST TO CONTINUE

Comes now plaintiff, by his attorney, and requests that the Statement of Account which was scheduled for July 20, 2015 be continued.

/s/ Allen H. Surinsky
ALLEN H. SURINSKY - #15457
225 South Meramec, Suite 401
Clayton, Missouri 63105
(314) 721-5900    Fax: (314) 721-5046
ahsurinsky@sbcglobal.net
Attorney for Plaintiff

Copy of the foregoing sent via the Court's electronic filing system this 20th day of July, 2015, to all attorneys of record.

/s/ Allen H. Surinsky

STATE OF MISSOURI )
) SS.
CITY OF ST. LOUIS )

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| ANTHONY JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 1522-CC00974 |
| vs. | ) |
| | ) Division 1 |
| TRACY ROBERTSON, et al., | ) |
| | ) |
| Defendants. | ) |

## REQUEST TO CONTINUE

Comes now plaintiff, by his attorney, and requests that the Default and Inquiry scheduled for July 22, 2015 be continued.

/s/ Allen H. Surinsky
ALLEN H. SURINSKY - #15457
225 South Meramec, Suite 401
Clayton, Missouri 63105
(314) 721-5900    Fax: (314) 721-5046
ahsurinsky@sbcglobal.net
Attorney for Plaintiff

Copy of the foregoing sent via the Court's electronic filing system this 21st day of July, 2015, to all attorneys of record.

/s/ Allen H. Surinsky

Electronically Filed - City of St. Louis - July 21, 2015 - 03:43 PM



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division: BRYAN L HETTENBACH | Case Number: 1522-CC00974 | |
|---|---|---|
| Plaintiff/Petitioner: ANTHONY L JACKSON vs. | Plaintiff's/Petitioner's Attorney/Address ALLEN H SURINSKY SUITE 401 225 S. MERAMEC AVE. CLAYTON, MO 631053511 | RECEIVED JUL 17 2015 COLE COUNTY SHERIFF'S OFFICE |
| Defendant/Respondent: TRACY ROBERTSON | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | |
| Nature of Suit: CC Other Miscellaneous Actions | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: LIFE INSURANCE COMPANY OF NORTH AMERICA
Alias:
DIRECTOR MISSOURI DIVISION OF INSURANCE 301 W HIGH ST RM 530 JEFFERSON CITY, MO 65101

COLE COUNTY, MO



COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

JULY 13, 2015
Date

Thomas Kloeppinger
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ___Lia Cardens___ (name) ___Respxxx___ (title).
☐ other _____.

Served at ___301 W Hg2___ (address)
in ___Cole___ (County/City of St. Louis), MO, on ___7/20/15___ (date) at ___8:30A___ (time).

_____      BY _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                        Date                        Notary Public

**Sheriff's Fees, if applicable**
Summons     $_____
Non Est     $_____
Mileage     $_____ ( ___ miles @ $ ___ per mile)
Total       $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.